1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  THOMAS S. PATTERSON
   Supervising Deputy Attorney General
5  TRACE O. MAIORINO, State Bar No. 179749
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5975
    Fax: (415) 703-5843
8   Email: Trace.Maiorino@doj.ca.gov

9  Attorneys for Defendant Woodford

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE AVILA,<br><br>             Plaintiff,<br><br>      v.<br><br>JEANNE WOODFORD, et al.,<br><br>             Defendants. | C 07-0143 MJJ (PR)<br><br>**DEFENDANT WOODFORD'S WAIVER OF REPLY;**<br><br>**DEMAND FOR JURY TRIAL** |

TO JESSE AVILA, IN PRO SE:

PLEASE TAKE NOTICE THAT Defendant Woodford waives her right to reply to the complaint under 42 U.S.C. § 1997e(g). That section provides that:

> (1) Any defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1983 of this title or any other Federal law. Notwithstanding any other law or rule of procedure, such waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed.
>
> (2) The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits.

*Id.*

Def. Woodford's Waiver Reply & Demand Jury Trial                    J. Avila v. J. Woodford, et al.
                                                                                          C 07-0143 MJJ (PR)

1

Defendant reserves her right to file a dispositive motion, should one be warranted.

In addition, Defendant demands a trial by jury in this case.

Dated: January 25, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

THOMAS S. PATTERSON
Supervising Deputy Attorney General

*/s/ Trace Maiorino*

TRACE O. MAIORINO
Deputy Attorney General
Attorneys for Defendant Woodford

40208655.wpd
SF2008400094

Def. Woodford's Waiver Reply & Demand Jury Trial

J. Avila v. J. Woodford, et al.
C 07-0143 MJJ (PR)

2

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   J. Avila v. J. Woodford, et al.

No.:   C 07-0143 MJJ (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **January 28, 2008**, I served the attached

**DEFENDANT WOODFORD'S WAIVER OF REPLY;**

**DEMAND FOR JURY TRIAL**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Jesse Avila
2845 Buena Crest Court
San Jose, CA 95121
BFN CQL474:BKN07017371
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **January 28, 2008**, at San Francisco, California.

| T. Oakes | Signature |
|---|---|
| Declarant | |

40211557.wpd