IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JESSE AVILA,

      Plaintiff,

  v.

JEANNE WOODFORD,

      Defendant.
                             /

No. C 07-00143 CW (PR)

ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

    IT IS HEREBY ORDERED that Plaintiff is GRANTED an extension of time in which to file his opposition to Defendants' Motion to Dismiss.  The time in which Plaintiff may file his opposition to Defendants' Motion to Dismiss will be extended up to and including forty-five (45) days from the date of this Order.

    If Defendants wish to file a reply brief, they shall do so no later than fifteen (15) days after the date Plaintiff's opposition is filed.

    IT IS SO ORDERED.

Dated: 11/10/08

                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AVILA et al,

        Plaintiff,

v.

WOODFORD et al,

        Defendant.

Case Number: CV07-00143 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jesse Avila
Prisoner Id (BFN CQL 474; BKN 07017371)
2845 Buena Crest Court
San Jose, CA 95121

Trace O. Maiorino
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: November 10, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2